# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| DEL REGNO, THOMAS M | § | Case No. 13-15044 |
| DEL REGNO, PATRICIA L | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on     . The undersigned trustee was appointed on          .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]              $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/JOSEPH R. VOILAND_____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 13-15044 | RG | Judge: MANUEL BARBOSA | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|---|
| Case Name: | DEL REGNO, THOMAS M | | | Date Filed (f) or Converted (c): | 04/10/13 (f) |
| | DEL REGNO, PATRICIA L | | | 341(a) Meeting Date: | 05/20/13 |
| For Period Ending: | 04/29/14 | | | Claims Bar Date: | 04/09/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. real estate - 1431 Boulder Bluff Ln., Algonquin IL | 210,000.00 | 28,001.00 | | 7,500.00 | FA |
| 2. cash | 150.00 | 0.00 | | 0.00 | FA |
| 3. checking accts (2) | 2,500.00 | 0.00 | | 0.00 | FA |
| 4. household goods | 1,500.00 | 0.00 | | 0.00 | FA |
| 5. wearing apparel | 100.00 | 0.00 | | 0.00 | FA |
| 6. earrings and wedding bands | 250.00 | 0.00 | | 0.00 | FA |
| 7. pistol | 400.00 | 0.00 | | 0.00 | FA |
| 8. golf clubs | 50.00 | 0.00 | | 0.00 | FA |
| 9. stock - Del Pro, Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 10. 2005 Infinity | 10,000.00 | 0.00 | | 0.00 | FA |
| 11. 2005 Nissan Murano | 10,500.00 | 0.00 | | 0.00 | FA |
| 12. 1968 Camaro | 4,500.00 | 0.00 | | 0.00 | FA |
| 13. dog | 0.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $239,950.00 | $28,001.00 | | $7,500.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 04/15/14    Current Projected Date of Final Report (TFR): 04/15/14

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 13-15044 -RG | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|
| Case Name: | DEL REGNO, THOMAS M | Bank Name: | Associated Bank |
| | DEL REGNO, PATRICIA L | Account Number / CD #: | *******2022 Checking Account |
| Taxpayer ID No: | *******5672 | | |
| For Period Ending: | 04/29/14 | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/12/14 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 7,490.00 | | 7,490.00 |
| 04/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 7,480.00 |
| 04/10/14 | 003001 | Remax Great American | | 3510-000 | | 500.00 | 6,980.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 7,490.00 | 510.00 | 6,980.00 |
| Less: Bank Transfers/CD's | 7,490.00 | 0.00 | |
| Subtotal | 0.00 | 510.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 510.00 | |

Page Subtotals 7,490.00 510.00

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

| Case No: | 13-15044 -RG | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|
| Case Name: | DEL REGNO, THOMAS M | Bank Name: | Congressional Bank |
|  | DEL REGNO, PATRICIA L | Account Number / CD #: | *******0812  Checking Account |
| Taxpayer ID No: | *******5672 |  |  |
| For Period Ending: | 04/29/14 | Blanket Bond (per case limit): | $ 50,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 02/12/14 | 1 | THOMAS M DEL REGNO<br>1431 BOULDER BLUFF LANE<br>ALGONQUIN, IL  60102 |  |  | 7,500.00 |  | 7,500.00 |
| 03/11/14 |  | cb | bank service fee | 2600-000 |  | 10.00 | 7,490.00 |
| 03/12/14 |  | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 |  | 7,490.00 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 7,500.00 | 7,500.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 7,490.00 |  |
| Subtotal | 7,500.00 | 10.00 |  |
| Less:  Payments to Debtors |  | 0.00 |  |
| Net | 7,500.00 | 10.00 |  |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********2022 | 0.00 | 510.00 | 6,980.00 |
| Checking Account - ********0812 | 7,500.00 | 10.00 | 0.00 |
|  | ---------------------- | ---------------------- | ---------------------- |
|  | 7,500.00 | 520.00 | 6,980.00 |
|  | ============ | ============ | ============ |
|  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    7,500.00    7,500.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: April 29, 2014 |
|---|---|---|---|---|---|---|

Case Number: 13-15044  
Debtor Name: DEL REGNO, THOMAS M

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL 60560 | Administrative | | $1,500.00 | $0.00 | $1,500.00 |
| 001<br>2200-00 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL 60560 | Administrative | | $145.98 | $0.00 | $145.98 |
| 000001<br>070<br>7100-00 | Atlas Acquisitions LLC (FIFTH THIRD BANK)<br>294 Union St.<br>Hackensack, NJ 07601 | Unsecured | | $5,031.86 | $0.00 | $5,031.86 |
| 000002<br>070<br>7100-00 | Commerce Bank<br>P O BOX 419248<br>KCREC-10<br>Kansas City, MO 64141-6248 | Unsecured | | $10,319.04 | $0.00 | $10,319.04 |
| 000003<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $5,621.88 | $0.00 | $5,621.88 |
| 000004<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $594.19 | $0.00 | $594.19 |
| 000005<br>070<br>7100-00 | Quantum3 Group LLC as agent for Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | | $29.74 | $0.00 | $29.74 |
| 000006<br>070<br>7100-00 | Quantum3 Group LLC as agent for Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | | $423.89 | $0.00 | $423.89 |
| 000007<br>070<br>7100-00 | Fifth Third Bank<br>P.O. Box 9013<br>Addison, TX 75001 | Unsecured | | $16,313.58 | $0.00 | $16,313.58 |
| 000008<br>070<br>7100-00 | Fifth Third Bank<br>P.O. Box 9013<br>Addison, TX 75001 | Unsecured | | $2,271.37 | $0.00 | $2,271.37 |
| 000009<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $1,058.25 | $0.00 | $1,058.25 |
| 000010<br>070<br>7100-00 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $8,230.29 | $0.00 | $8,230.29 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: April 29, 2014 |

Case Number:   13-15044              Claim Class Sequence
Debtor Name:   DEL REGNO, THOMAS M

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000011 070 7100-00 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $13,408.25 | $0.00 | $13,408.25 |
| 000012 070 7100-00 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $474.25 | $0.00 | $474.25 |
| 000013 070 7100-00 | Portfolio Recovery Associates, LLC<br>successor to US BANK NATIONAL ASSOCIATION ND<br>PO Box 41067<br>Norfolk, VA 23541 | Unsecured | | $6,778.78 | $0.00 | $6,778.78 |
| 000014 070 7100-00 | Portfolio Recovery Associates, LLC<br>successor to US BANK NATIONAL ASSOCIATION ND<br>PO Box 41067<br>Norfolk, VA 23541 | Unsecured | | $7,338.46 | $0.00 | $7,338.46 |
| 000015 070 7100-00 | Portfolio Recovery Associates, LLC<br>successor to US BANK NATIONAL ASSOCIATION ND<br>PO Box 41067<br>Norfolk, VA 23541 | Unsecured | | $4,314.00 | $0.00 | $4,314.00 |
| 000016 070 7100-00 | Portfolio Recovery Associates, LLC<br>successor to U.S. BANK NATIONAL ASSOCIAT<br>PO Box 41067<br>Norfolk, VA 23541 | Unsecured | | $12,139.38 | $0.00 | $12,139.38 |
| | Case Totals: | | | $95,993.19 | $0.00 | $95,993.19 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-15044
Case Name: DEL REGNO, THOMAS M
DEL REGNO, PATRICIA L
Trustee Name: JOSEPH R. VOILAND

Balance on hand                                                  $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH R. VOILAND | $ | $ | $ |
| Trustee Expenses: JOSEPH R. VOILAND | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses      $_____

Remaining Balance                                           $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $            have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Atlas Acquisitions LLC (FIFTH THIRD BANK) | $ | $ | $ |
| 000002 | Commerce Bank | $ | $ | $ |
| 000003 | Discover Bank | $ | $ | $ |
| 000004 | Discover Bank | $ | $ | $ |
| 000005 | Quantum3 Group LLC as agent for | $ | $ | $ |
| 000006 | Quantum3 Group LLC as agent for | $ | $ | $ |
| 000007 | Fifth Third Bank | $ | $ | $ |
| 000008 | Fifth Third Bank | $ | $ | $ |
| 000009 | Capital One Bank (USA), N.A. | $ | $ | $ |
| 000010 | American Express Bank, FSB | $ | $ | $ |
| 000011 | American Express Centurion Bank | $ | $ | $ |
| 000012 | Capital Recovery V, LLC | $ | $ | $ |
| 000013 | Portfolio Recovery Associates, LLC | $ | $ | $ |
| 000014 | Portfolio Recovery Associates, LLC | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000015 | Portfolio Recovery Associates, LLC | $ | $ | $ |
| 000016 | Portfolio Recovery Associates, LLC | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

Remaining Balance                                             $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*