# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
DEL REGNO, THOMAS M § Case No. 13-15044
DEL REGNO, PATRICIA L §
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 06/27/2014 in Courtroom 240,
United States Courthouse
c/o Kane County Courthouse
100 S. 3rd. St., Geneva, IL 60134

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/22/2014            By: Kenneth S. Gardner
                                        Clerk of the Bankruptcy Court

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL 60560

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
DEL REGNO, THOMAS M § Case No. 13-15044
DEL REGNO, PATRICIA L §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 7,500.00 |
| and approved disbursements of | $ | 520.00 |
| leaving a balance on hand of[1] | $ | 6,980.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH R. VOILAND | $ 1,500.00 | $ 0.00 | $ 1,500.00 |
| Trustee Expenses: JOSEPH R. VOILAND | $ 145.98 | $ 0.00 | $ 145.98 |
| Total to be paid for chapter 7 administrative expenses | | | $ 1,645.98 |
| Remaining Balance | | | $ 5,334.02 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 94,347.21 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Atlas Acquisitions LLC (FIFTH THIRD BANK) | $ 5,031.86 | $ 0.00 | $ 284.48 |
| 000002 | Commerce Bank | $ 10,319.04 | $ 0.00 | $ 583.40 |
| 000003 | Discover Bank | $ 5,621.88 | $ 0.00 | $ 317.84 |
| 000004 | Discover Bank | $ 594.19 | $ 0.00 | $ 33.59 |
| 000005 | Quantum3 Group LLC as agent for | $ 29.74 | $ 0.00 | $ 1.68 |
| 000006 | Quantum3 Group LLC as agent for | $ 423.89 | $ 0.00 | $ 23.97 |
| 000007 | Fifth Third Bank | $ 16,313.58 | $ 0.00 | $ 922.31 |
| 000008 | Fifth Third Bank | $ 2,271.37 | $ 0.00 | $ 128.41 |
| 000009 | Capital One Bank (USA), N.A. | $ 1,058.25 | $ 0.00 | $ 59.83 |
| 000010 | American Express Bank, FSB | $ 8,230.29 | $ 0.00 | $ 465.31 |
| 000011 | American Express Centurion Bank | $ 13,408.25 | $ 0.00 | $ 758.05 |
| 000012 | Capital Recovery V, LLC | $ 474.25 | $ 0.00 | $ 26.81 |
| 000013 | Portfolio Recovery Associates, LLC | $ 6,778.78 | $ 0.00 | $ 383.25 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000014 | Portfolio Recovery Associates, LLC | $ 7,338.46 | $ 0.00 | $ 414.89 |
| 000015 | Portfolio Recovery Associates, LLC | $ 4,314.00 | $ 0.00 | $ 243.89 |
| 000016 | Portfolio Recovery Associates, LLC | $ 12,139.38 | $ 0.00 | $ 686.31 |

Total to be paid to timely general unsecured creditors     $     5,334.02

Remaining Balance     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Joseph R. Voiland
Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL 60560

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 13-15044-DRC
Thomas M Del Regno                                                        Chapter 7
Patricia L Del Regno
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: mrahmoun              Page 1 of 2              Date Rcvd: May 30, 2014
                               Form ID: pdf006             Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 01, 2014.
```
db/jdb       +Thomas M Del Regno,    Patricia L Del Regno,    1431 Boulder Bluff Lane,    Algonquin, IL 60102-6075
20314894     +5/3 Bank Cc,    5050 Kingsley Dr Md# 1moc2g,    Cincinatti, OH 45263-0001
20314895      ADT Business,    P.O. Box 371956,    Pittsburgh, PA 15250-7956
21551772      American Express Bank, FSB,   c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
20314897      American Express Business,    P.O. Box 0001,    Los Angeles, CA 90096-8000
21572585      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
20314898     +Amex,    Po Box 297871,   Fort Lauderdale, FL 33329-7871
21400047     +Atlas Acquisitions LLC (FIFTH THIRD BANK),     294 Union St.,    Hackensack, NJ 07601-4303
20314899     +Automotive Technologies,    34 Industrial Park Pl,    Middletown, CT 06457-1590
20314900     +Bank Of America, N.A.,    201 N Tryon St,    Charlotte, NC 28202-1331
20314901     +Barrington Bank & Trus,    201 S Hough St,    Barrington, IL 60010-4364
20314902      Bk Of Amer,    De5-019-03-07,    Newark, DE 19714
20314903     +Blitt & Gaines,    661 W. Glenn Ave,    Wheeling, IL 60090-6017
20314905    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
20314906     +Cap1/Bstby,    Po Box 5253,    Carol Stream, IL 60197-5253
21485346      Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
20314907     +Cb/Carsons,    Po Box 182789,    Columbus, OH 43218-2789
20314909     +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
20314908     +Chase,    Po Box 24696,    Columbus, OH 43224-0696
20314910     +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
20314911     +Citi Bank,    P.O. Box 6500,    Sioux Falls, SD 57117-6500
20314912     +Comcast,    P.O. Box 3002,    Southeastern, PA 19398-3002
20314917     +Fifth Third Bank,    5050 Kingsley Dr,    Cincinnati, OH 45227-1115
21472787     +Fifth Third Bank,    P.O. Box 9013,    Addison, TX 75001-9013
21728213    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,
               successor to U.S. BANK NATIONAL ASSOCIAT,    PO Box 41067,    Norfolk, VA 23541)
20314915    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: Elan Financial Service,    Po Box 790084,    Saint Louis, MO 63179)
20314919     +Unvl/Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20678778     +E-mail/Text: bnc@atlasacq.com May 31 2014 01:37:16     Atlas Acquisitions LLC,    294 Union St.,
              Hackensack, NJ 07601-4303
20314904     +E-mail/Text: ebn@squaretwofinancial.com May 31 2014 01:38:58     Cach, Llc,
              4340 S Monaco St Unit 2,    Denver, CO 80237-3408
21706749      E-mail/PDF: rmscedi@recoverycorp.com May 31 2014 01:41:22      Capital Recovery V, LLC,
              c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
21401413      E-mail/Text: bankruptcy@commercebank.com May 31 2014 01:38:04      Commerce Bank,   P O BOX 419248,
              KCREC-10,    Kansas City, MO 64141-6248
20314913     +E-mail/Text: bankruptcy@commercebank.com May 31 2014 01:38:04      Commerce Bk,   Po Box 411036,
              Kansas City, MO 64141-1036
21403184      E-mail/PDF: mrdiscen@discoverfinancial.com May 31 2014 01:44:14      Discover Bank,
              DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
20314914     +E-mail/PDF: mrdiscen@discoverfinancial.com May 31 2014 01:44:14      Discover Fin Svcs Llc,
              Po Box 15316,    Wilmington, DE 19850-5316
20314918     +E-mail/PDF: gecsedi@recoverycorp.com May 31 2014 01:44:16      Gecrb/Tydc,    4125 Windward Plaza,
              Alpharetta, GA 30005-8738
21414231      E-mail/Text: bnc-quantum@quantum3group.com May 31 2014 01:37:55
              Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
                                                                                              TOTAL: 9
```
```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21472802*    +Fifth Third Bank,    P.O. Box 9013,    Addison, TX 75001-9013
21714931*   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,    successor to US BANK NATIONAL,
               ASSOCIATION ND,    PO Box 41067,    Norfolk, VA 23541)
20314916*   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: Elan Financial Services,    P.O. Box 108,    St Louis, MO 63166-9901)
20314920*   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: Us Bank/Na Nd,    4325 17th Ave S,    Fargo, ND 58125)
20314896   ##+Advanced Cardiology Consultants,    1710 N. Randall Rd, Suite 340,    Elgin, IL 60123-9405
                                                                                           TOTALS: 0, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: mrahmoun              Page 2 of 2              Date Rcvd: May 30, 2014
                              Form ID: pdf006             Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2014                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2014 at the address(es) listed below:

```
          Cynthia G. Feeley    on behalf of Creditor   Barrington Bank & Trust Company, N.A. feeleypc@aol.com
          Joseph  Voiland    jrvoiland@sbcglobal.net,    jvoiland@ecf.epiqsystems.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Winston   Slater    on behalf of Joint Debtor Patricia L Del Regno attorney@winstonSlater.com
          Winston   Slater    on behalf of Debtor Thomas M Del Regno attorney@winstonSlater.com
                                                                                            TOTAL: 5
```