UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| DEL REGNO, THOMAS M | § | Case No. 13-15044 |
| DEL REGNO, PATRICIA L | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH R. VOILAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

Case 13-15044   Doc 34   Filed 09/11/14   Entered 09/11/14 14:14:41   Desc Main
Document      Page 2 of 11

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter    on             . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/JOSEPH R. VOILAND_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND | | | | | |
| JOSEPH R. VOILAND | | | | | |
| Associated Bank | | | | | |
| CB | | | | | |
| AMERICAN, REMAX GREAT | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000010 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000011 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000001 | ATLAS ACQUISITIONS LLC (FIFTH THIRD | | | | | |
| 000009 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000012 | CAPITAL RECOVERY V, LLC | | | | | |
| 000002 | COMMERCE BANK | | | | | |
| 000003 | DISCOVER BANK | | | | | |
| 000004 | DISCOVER BANK | | | | | |
| 000007 | FIFTH THIRD BANK | | | | | |
| 000008 | FIFTH THIRD BANK | | | | | |
| 000013 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000014 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000015 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000016 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000005 | QUANTUM3 GROUP LLC AS AGENT FOR | | | | | |
| 000006 | QUANTUM3 GROUP LLC AS AGENT FOR | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 13-15044 RG | Judge: MANUEL BARBOSA | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | DEL REGNO, THOMAS M | | Date Filed (f) or Converted (c): | 04/10/13 (f) |
| | DEL REGNO, PATRICIA L | | 341(a) Meeting Date: | 05/20/13 |
| For Period Ending: | 04/29/14 | | Claims Bar Date: | 04/09/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. real estate - 1431 Boulder Bluff Ln., Algonquin IL | 210,000.00 | 28,001.00 | | 7,500.00 | FA |
| 2. cash | 150.00 | 0.00 | | 0.00 | FA |
| 3. checking accts (2) | 2,500.00 | 0.00 | | 0.00 | FA |
| 4. household goods | 1,500.00 | 0.00 | | 0.00 | FA |
| 5. wearing apparel | 100.00 | 0.00 | | 0.00 | FA |
| 6. earrings and wedding bands | 250.00 | 0.00 | | 0.00 | FA |
| 7. pistol | 400.00 | 0.00 | | 0.00 | FA |
| 8. golf clubs | 50.00 | 0.00 | | 0.00 | FA |
| 9. stock - Del Pro, Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 10. 2005 Infinity | 10,000.00 | 0.00 | | 0.00 | FA |
| 11. 2005 Nissan Murano | 10,500.00 | 0.00 | | 0.00 | FA |
| 12. 1968 Camaro | 4,500.00 | 0.00 | | 0.00 | FA |
| 13. dog | 0.00 | 0.00 | | 0.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $239,950.00 | $28,001.00 | | $7,500.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 04/15/14    Current Projected Date of Final Report (TFR): 04/15/14

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 7)*

Ver: 17.05c

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 13-15044 -RG | Trustee Name: | JOSEPH R. VOILAND |
| --- | --- | --- | --- |
| Case Name: | DEL REGNO, THOMAS M | Bank Name: | Associated Bank |
| | DEL REGNO, PATRICIA L | Account Number / CD #: | *******2022 Checking Account |
| Taxpayer ID No: | *******5672 | | |
| For Period Ending: | 08/17/14 | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/12/14 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 7,490.00 | | 7,490.00 |
| 04/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 7,480.00 |
| 04/10/14 | 003001 | Remax Great American | | 3510-000 | | 500.00 | 6,980.00 |
| 06/27/14 | 003002 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL 60560 | | 2100-000 | | 1,500.00 | 5,480.00 |
| 06/27/14 | 003003 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL 60560 | | 2200-000 | | 145.98 | 5,334.02 |
| 06/27/14 | 003004 | Atlas Acquisitions LLC (FIFTH THIRD BANK)<br>294 Union St.<br>Hackensack, NJ 07601 | | 7100-000 | | 284.48 | 5,049.54 |
| 06/27/14 | 003005 | Commerce Bank<br>P O BOX 419248<br>KCREC-10<br>Kansas City, MO 64141-6248 | | 7100-000 | | 583.40 | 4,466.14 |
| 06/27/14 | 003006 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | | 7100-000 | | 317.84 | 4,148.30 |
| 06/27/14 | 003007 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | | 7100-000 | | 33.59 | 4,114.71 |
| 06/27/14 | 003008 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | | 7100-000 | | 1.68 | 4,113.03 |
| 06/27/14 | 003009 | Quantum3 Group LLC as agent for | | 7100-000 | | 23.97 | 4,089.06 |

Page Subtotals  7,490.00  3,400.94

Ver: 17.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 13-15044 -RG | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | DEL REGNO, THOMAS M | | Bank Name: | Associated Bank |
| | DEL REGNO, PATRICIA L | | Account Number / CD #: | *******2022 Checking Account |
| Taxpayer ID No: | *******5672 | | | |
| For Period Ending: | 08/17/14 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | | | | | |
| 06/27/14 | 003010 | Fifth Third Bank<br>P.O. Box 9013<br>Addison, TX 75001 | | 7100-000 | | 922.31 | 3,166.75 |
| 06/27/14 | 003011 | Fifth Third Bank<br>P.O. Box 9013<br>Addison, TX 75001 | | 7100-000 | | 128.41 | 3,038.34 |
| 06/27/14 | 003012 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | | 7100-000 | | 59.83 | 2,978.51 |
| 06/27/14 | 003013 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | | 7100-000 | | 465.31 | 2,513.20 |
| 06/27/14 | 003014 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | | 7100-000 | | 758.05 | 1,755.15 |
| 06/27/14 | 003015 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | | 7100-000 | | 26.81 | 1,728.34 |
| 06/27/14 | 003016 | Portfolio Recovery Associates, LLC<br>successor to US BANK NATIONAL<br>ASSOCIATION ND<br>PO Box 41067<br>Norfolk, VA 23541 | | 7100-000 | | 383.25 | 1,345.09 |
| 06/27/14 | 003017 | Portfolio Recovery Associates, LLC | | 7100-000 | | 414.89 | 930.20 |

Page Subtotals     0.00     3,158.86

Ver: 17.05c

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-15044 -RG | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | DEL REGNO, THOMAS M | | Bank Name: | Associated Bank |
| | DEL REGNO, PATRICIA L | | Account Number / CD #: | *******2022 Checking Account |
| Taxpayer ID No: | *******5672 | | | |
| For Period Ending: | 08/17/14 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/27/14 | 003018 | successor to US BANK NATIONAL ASSOCIATION ND<br>PO Box 41067<br>Norfolk, VA 23541<br>Portfolio Recovery Associates, LLC | | 7100-000 | | 243.89 | 686.31 |
| 06/27/14 | 003019 | successor to US BANK NATIONAL ASSOCIATION ND<br>PO Box 41067<br>Norfolk, VA 23541<br>Portfolio Recovery Associates, LLC<br>successor to U.S. BANK NATIONAL ASSOCIAT<br>PO Box 41067<br>Norfolk, VA 23541 | | 7100-000 | | 686.31 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 7,490.00 | 7,490.00 | 0.00 |
| Less: Bank Transfers/CD's | 7,490.00 | 0.00 | |
| Subtotal | 0.00 | 7,490.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 7,490.00 | |

Page Subtotals  0.00  930.20

Ver: 17.05c

FORM 2

Page: 4

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-15044 -RG | | Trustee Name: | JOSEPH R. VOILAND |
| --- | --- | --- | --- | --- |
| Case Name: | DEL REGNO, THOMAS M | | Bank Name: | Congressional Bank |
| | DEL REGNO, PATRICIA L | | Account Number / CD #: | *******0812  Checking Account |
| Taxpayer ID No: | *******5672 | | | |
| For Period Ending: | 08/17/14 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/12/14 | 1 | THOMAS M DEL REGNO 1431 BOULDER BLUFF LANE ALGONQUIN, IL  60102 | | 1110-000 | 7,500.00 | | 7,500.00 |
| 03/11/14 | | cb | bank service fee | 2600-000 | | 10.00 | 7,490.00 |
| 03/12/14 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 7,490.00 | 0.00 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | 7,500.00 | 7,500.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 7,490.00 | |
| Subtotal | 7,500.00 | 10.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 7,500.00 | 10.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Checking Account - ********2022 | 0.00 | 7,490.00 | 0.00 |
| Checking Account - ********0812 | 7,500.00 | 10.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 7,500.00 | 7,500.00 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     7,500.00     7,500.00

Ver: 17.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*